MOSTELLER v. ALEX LEE, INC.

No. 85P00

Case below: 136 N.C. App. 232

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 20 December 2000.

N.C. STATE BAR v. HARRIS

No. 464PA00

Case below: 137 N.C. App. 207

Motion by defendant pro se to set aside the order for temporary stay denied 20 December 2000. Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 allowed 20 December 2000. Petition by plaintiff for writ of supersedeas allowed 20 December 2000. Conditional petition by defendant pro se for discretionary review pursuant to G.S. 7A-31 denied 20 December 2000.

PATEL v. STONE

No. 400P00

Case below: 138 N.C. App. 693

Petition by defendants for discretionary review pursuant to G.S. 7A-31 denied 20 December 2000.

PEACOCK v. SHINN

No. 442P00

Case below: 139 N.C. App. 487

Motion by respondents to dismiss the appeal for lack of substantial constitutional question allowed 20 December 2000. Petition by plaintiff pro se for discretionary review pursuant to G.S. 7A-31 denied 20 December 2000.